## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JANET L. MCCARTY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:06-cv-427-RLY-TAB |
| ) | |
| MICHAEL J. ASTRUE, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Janet L. McCarty is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her applications filed on February 6, 2004, and June 17, 2004, respectively, is **AFFIRMED.**

Date: 03/09/2007

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net